USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/23/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RAMON NUNEZ, on behalf of himself
and all others similarly situated,

                        Plaintiffs,

     -against-

FRANCIS DELI GROCERY, and
EUNICE SOTO, an individual,

                        Defendants.
------------------------------------------------------------------X

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

13-CV-4894 (ER)(KNF)

Upon the affidavit(s) of RAMON NUNEZ, sworn to on the 30 of December, 2013, the Affirmation of Russell J. Platzek, the copy of the Complaint and all other supplemental pleadings and documents hereto attached it is ORDERED, that the above named DEFENDANT(S) show before this Court, at Courtroom 619, United States Courthouse, 40 Foley Square, New York, NY 10007-1312, on June 20, 2014, at 10 o'clock in the AM, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure that the Plaintiffs be granted a judgment against the defendants, and that, if necessary, an inquest hearing be held to determine the amount of damages, including the amount claimed, plus costs, disbursements, and attorneys fees. It is further ORDERED that a copy of this order, together with the papers upon which it is granted, be personally served upon the Defendant(s) or his (their) attorney(s) on or before June 13, 2014, by 5 o'clock in the PM and that such service be deemed good and sufficient.

Dated: New York, New York
       May 23, 2014

                                                     _____
                                                     EDGARDO RAMOS
                                                United States District Judge